Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
THE LAW OFFICES OF AMIR J. GOLDSTEIN, ESQ.
8032 West Third Street, Suite 201
Los Angeles, CA 90048
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

Jeffrey A. Topor (SBN 195545)
jtopor@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Tel 415.283.1000

Attorney for Defendant
Portfolio Recovery Associates, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HAMI,<br><br>      Plaintiff,<br><br>  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al<br><br>      Defendants. | Case No.: CV 17-3140-GW(FFMx)<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), Plaintiff's

action against Defendant Portfolio Recovery Associates, LLC, should dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

SO STIPULATED.

Dated: February 7, 2018          Law Offices of Amir J. Goldstein, Esq.

                                 /s/ Amir J. Goldstein
                                 Amir J. Goldstein
                                 Attorney for Plaintiff


Dated: February 7, 2018          Simmonds & Narita LLP

                                 /s/ Jeffrey A. Topor
                                 Jeffrey A. Topor
                                 Attorney for Defendant
                                 Portfolio Recovery Associates, LLC


Date: February 7, 2018           SO ORDERED:

                                 _____
                                 Honorable George H. Wu
                                 United States District Judge